**\*E-FILED ON 5/31/05\***

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| TELESHUTTLE TECHNOLOGIES LLC, TELESHUTTLE CORPORATION, and BTG INTERNATIONAL, INC., <br><br> Plaintiffs, <br><br> v. <br><br> MICROSOFT CORPORATION, <br><br> Defendant. | No. C04-02927 JW (HRL) <br> No. C04-02928 JW (HRL) <br><br> **INTERIM ORDER RE MICROSOFT'S "MOTION FOR AN ORDER ESTABLISHING THE SEQUENCE OF DISCOVERY"** |

IT IS ORDERED that in connection with Microsoft's pending "Motion For an Order Establishing the Sequence of Discovery," the parties shall – in addition to complying with all requirements under the Federal Rules, Civil Local Rules and Standing Orders of the court – do the following:

1. Lead counsel shall personally meet/confer with one another on the disputed issues. Counsel shall do so in good faith and must confer directly (i.e., either in person or via teleconference).

2. **No later than June 10, 2005**, lead counsel shall file declarations (a) certifying that they have personally conferred with opposing counsel in good faith for the purpose of attempting to resolve all disputed issues, and (b) detailing the negotiations and the outcome; and

3. Lead counsel shall personally appear at hearings (either in person, or by telephone with leave of the court) to argue the motion before the court.

Dated: May 31, 2005

        /s/ Howard R. Lloyd
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

1  5:04-cv-2927 Notice will be electronically mailed to:

2  Jeffrey A. Berkowitz     jeffrey.berkowitz@finnegan.com, Ashley.cheung@finnegan.com

3  Michael J. Bettinger     mikeb@prestongates.com, perryb@prestongates.com;catherinep@prestongates.com;dinaf@prestongates.com

4

5  Elaine Y. Chow     echow@prestongates.com, perryb@prestongates.com;catherinep@prestongates.com

6  Patrick J. Coyne     patrick.coyne@finnegan.com,

7  Christopher P. Isaac     chris.isaac@finnegan.com, jeffrey.totten@finnegan.com

8  Lionel M. Lavenue     lionel.lavenue@finnegan.com,

9  Robert F. McCauley     robert.mccauley@finnegan.com, jay.nelson@finnegan.com;dawn.salazar@finnegan.com;laurie.hupman@finnegan.com;thuy.luu@finneg

10  an.com;molly.melcher@finnegan.com

11  Myra Pasek     myrap@prestongates.com, krabine@microsoft.com;isabelfu@microsoft.com

12  Timothy P. Walker     timothyw@prestongates.com

13

14  5:04-cv-2928 Notice will be electronically mailed to:

15  Gregory S. Arovas     garovas@kirkland.com

16  Jeffrey A. Berkowitz     jeffrey.berkowitz@finnegan.com, Ashley.cheung@finnegan.com

17  Michael J. Bettinger     mikeb@prestongates.com, perryb@prestongates.com;catherinep@prestongates.com;dinaf@prestongates.com

18

19  Elaine Y. Chow     echow@prestongates.com, perryb@prestongates.com;catherinep@prestongates.com

20  Patrick J. Coyne     patrick.coyne@finnegan.com,

21  John M. Desmarais     jdesmarais@kirkland.com

22  Zachariah Allen Higgins     zhiggins@kirkland.com, fcarlow@kirkland.com

23  Katherine Ford Horvath     khorvath@microsoft.com

24  Christopher P. Isaac     chris.isaac@finnegan.com, jeffrey.totten@finnegan.com

25  Eric R. Lamison     elamison@kirkland.com, wadams@kirkland.com;llind@kirkland.com

26  Robert F. McCauley     robert.mccauley@finnegan.com, jay.nelson@finnegan.com;dawn.salazar@finnegan.com;laurie.hupman@finnegan.com;thuy.luu@finneg

27  an.com;molly.melcher@finnegan.com

28  John D. Vandenberg     john.vandenberg@klarquist.com, elizabeth.super@klarquist.com;carrie.fry@klarquist.com

**United States District Court**
For the Northern District of California

1  Timothy P. Walker    timothyw@prestongates.com

2  Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**United States District Court**
For the Northern District of California