[COUNSEL LISTED ON SIGNATURE PAGE]

***E-FILED ON 6/8/05***

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| TELESHUTTLE TECHNOLOGIES, LLC, TELESHUTTLE CORPORATION, and BTG INTERNATIONAL INC.,<br><br>Plaintiffs,<br><br>v.<br><br>MICROSOFT CORPORATION,<br><br>Defendant. | CASE NO. C 04-2927 JW (HRL)<br>CASE NO. C 04-2928 JW (HRL)<br><br>**STIPULATION TO CONTINUE HEARING ON MICROSOFT'S MOTION FOR AN ORDER ESTABLISHING THE SEQUENCE OF DISCOVERY; [PROPOSED] ORDER** |
| AND RELATED CASE | |

1  Defendant Microsoft Corporation's Motion for an Order Establishing the Sequence of
2 Discovery in these related cases is set for Tuesday, June 14, 2005, at 10:00 a.m.  The parties are
3 meeting and conferring regarding said motion and additional time may assist them in resolving their
4 differences.  In addition, counsel for Plaintiffs Teleshuttle Technologies, LLC, Teleshuttle
5 Corporation, and BTG International Inc., has requested a short continuance of the hearing date to
6 facilitate a family vacation, and the next date available to the parties and the Court is July 5, 2005.
7  Accordingly, the parties hereby stipulate that, with the Court's permission, the hearing on
8 Microsoft Corporation's motion be continued three weeks from June 14, 2005, to July 5, 2005, at
9 10:00 a.m.
10  By his signature below, counsel for Plaintiffs swears under penalty of perjury that counsel for
11 Defendants concurred in the filing of this document.

12 Dated:  June 7, 2005

Dated: June 7, 2005

14 By:  ___s/_____
Robert F. McCauley, (State Bar No. 162056)
15 Robert.mccauley@finnegan.com
FINNEGAN, HENDERSON, FARABOW,
16   GARRETT & DUNNER, L.L.P.
Stanford Research Park
17 700 Hansen Way
Palo Alto, California  94304
18 Telephone:  (650) 849-6600
Facsimile:  (650) 849-6666
19
Attorneys for Plaintiffs
20 TELESHUTTLE TECHNOLOGIES, LLC,
TELESHUTTLE CORPORATION, and
21 BTG INTERNATIONAL INC.

By:  ___s/_____
Michael J. Bettinger (State Bar No. 122196)
mikeb@prestongates.com
Timothy P. Walker (State Bar No. 105001)
timothyw@prestongates.com
Elaine Y. Chow (State Bar No. 194063)
echow@prestongates.com
PRESTON GATES & ELLIS LLP
55 Second Street, Suite 1700
San Francisco, CA 94105
Telephone:  (415) 882-8200
Facsimile:  (415) 882-8220

Attorneys for Defendant
MICROSOFT CORPORATION

Dated: June 7, 2005

By: ___s/_____
Eric R. Lamison (State Bar No. 178262)
elamison@kirkland.com
KIRKLAND & ELLIS LLP
555 California Street
San Francisco, California  94104
Telephone:  (415) 439-1400
Facsimile:  (415) 439-1500

Attorneys for Defendant
APPLE COMPUTER, INC.

## [PROPOSED] ORDER

Pursuant to stipulation and for good cause shown, IT IS HEREBY ORDERED THAT Defendant Microsoft Corporation's Motion for an Order Establishing the Sequence of Discovery in these related cases is continued until Tuesday, July 5, 2005, at 10:00 a.m.

Date: June 8, 2005         /s/ Howard R. Lloyd
                           The Honorable Howard R. Lloyd
                           United States Magistrate Judge