| | |
|---|---|
| MICHAEL J. BETTINGER (State Bar No. 122196)<br>PRESTON GATES & ELLIS LLP<br>55 Second Street, Suite 1700<br>San Francisco, CA 94105<br>Phone: (415) 882-8200<br>Fax: (415) 882-8220<br><br>Attorneys for Defendant<br>MICROSOFT CORPORATION<br><br>ERIC R. LAMISON (State Bar No. 178262)<br>KIRKLAND & ELLIS LLP<br>555 California Street<br>San Francisco, CA 94104-1501<br>Phone: (415) 439-1400<br>Fax: (415) 439-1500<br><br>Attorneys for Defendant<br>APPLE, INC. | ROBERT F. MCCAULEY (State Bar No. 162056)<br>FINNEGAN HENDERSON FARABOW<br>  GARRETT & DUNNER, LLP<br>Stanford Research Park<br>700 Hansen Way<br>Palo Alto, CA 94304<br>Phone: (650) 849-6600<br>Fax: (650) 849-6666<br><br>Attorneys for Plaintiffs<br>TELESHUTTLE TECHNOLOGIES, LLC.<br>TELESHUTTLE CORPORATION, and BTG<br>INTERNATIONAL INC. |

*IT IS SO ORDERED*
*Judge James Ware*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| TELESHUTTLE TECHNOLOGIES, LLC, TELESHUTTLE CORPORATION, and BTG INTERNATIONAL INC.,<br><br>            Plaintiffs,<br><br>    v.<br><br>MICROSOFT CORPORATION and APPLE COMPUTER, INC.<br><br>            Defendants.<br><br>AND RELATED ACTION | Case No.: C04-2928 JW (HRL)<br><br>**STIPULATION AND [**~~PROPOSED~~**] ORDER TO EXTEND CURRENT DATES UNDER THE PATENT LOCAL RULES** |

This Court, pursuant to a Scheduling Order dated June 1, 2005, set *Markman* dates under the Local Patent Rules. Because the parties are still negotiating and attempting to narrow the issues for claim construction, and in the interest of efficient case management, the parties stipulate to extend the current dates, in most instances by approximately two weeks, as follows:

| | |
|---|---|
| 1 | The Patent L.R. 4-3 Joint Claim Construction Statement currently due on July 22, 2005 shall |
| 2 | now be due on August 5, 2005. |
| 3 | Plaintiffs' Opening *Markman* Brief currently due on August 12, 2005 shall now be due on |
| 4 | August 29, 2005. |
| 5 | Defendants' Response *Markman* Brief currently due on September 2, 2005 shall now be due |
| 6 | on September 19, 2005. |
| 7 | Plaintiffs' Response *Markman* Brief currently due on September 9, 2005 shall now be due on |
| 8 | October 3, 2005. |
| 9 | The *Markman* discovery cut-off currently set for August 26, 2005 shall now be set for |
| 10 | September 9, 2005. |
| 11 | The tutorial is currently set for October 14, 2005 from 1-4:00 p.m., however, the parties and |
| 12 | Deputy Clerk are discussing Plaintiffs' request to change that date because of the Yom Kippur |
| 13 | religious holiday the day before. |
| 14 | The *Markman* hearing shall remain as currently set for October 28, 2005 at 9:00 a.m. and, if |
| 15 | necessary, December 2, 2005 at 9:00 a.m. |

DATED: July 21, 2005  PRESTON GATES & ELLIS LLP

By \_\_\_\_\_/s/\_\_\_\_\_
   MICHAEL J. BETTINGER

Attorneys for Defendant
MICROSOFT CORPORATION

DATED: July 21, 2005  KIRKLAND & ELLIS LLP

By: \_\_\_\_\_/s/\_\_\_\_\_
   ERIC R. LAMISON

Attorneys for Defendant
APPLE COMPUTER, INC.

STIPULATION AND [PROPOSED] ORDER TO EXTEND  -2-  Printed on Recycled Paper
CURRENT DATES UNDER THE PATENT LOCAL RULE
Case No.: C 04-2928 JW

DATED: July 21, 2005   F INNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER, LLP


By: ___/s/_____
   ROBERT F. MCCAULEY

Attorneys for Plaintiffs
TELESHUTTLE TECHNOLOGIES, LLC,
TELESHUTTLE CORPORATION, and BTG
INTERNATIONAL INC.

IT IS SO ORDERED:

Dated: August 3, 2005     /s/ James Ware
                          United States District Judge

STIPULATION AND [PROPOSED] ORDER TO EXTEND      -3-                Printed on Recycled Paper
CURRENT DATES UNDER THE PATENT LOCAL RULE
Case No.: C 04-2928 JW