United States District Court
For the Northern District of California

1
2
3
4
5
6               IN THE UNITED STATES DISTRICT COURT
7              FOR THE NORTHERN DISTRICT OF CALIFORNIA
8                          SAN JOSE DIVISION
9
10  Teleshuttle Technologies, L.L.C., et al.,         NO. C 04-02928 JW
11          Plaintiff(s),                             **ORDER GRANTING
        v.                                            DEFENDANTS' MOTION FOR
12                                                    LEAVE TO FILE FIRST
    Microsoft Corporation, et al.,                    AMENDED ANSWERS**
13
            Defendant(s).
14  _____/

15      Plaintiff Teleshuttle Technologies, L.L.C., Teleshuttle Corporation, and BTG International Inc.

16 (collectively "BTG") initiated this suit against Defendants Microsoft Corporation ("Microsoft") and Apple

17 Computer, Inc. ("Apple") (collectively "Defendants") for patent infringement of three United States

18 Patents: (1) U.S. Patent No. 6,125,388 ("the '388 patent"), entitled "System for Transporting Information

19 Objects Between a User Station and Multiple Remote Sources Based Upon User Modifiable Object

20 Manifest Stored in the User Station," (2) U.S. Patent No. 6,611,862 ("the '862 patent"), entitled "User

21 Station Software that Controls Transport and Presentation of Content from a Remote Source," and (3)

22 U.S. Patent No. 6,658,464, ("the '464 patent") entitled "User Station Software that Controls Transport,

23 Storage, and Presentation of Content from a Remote Source."  Microsoft and Apple deny infringement and

24 have asserted a variety of defenses including patent invalidity and unenforceability.  In addition, Microsoft

25 has filed counterclaims for declaratory relief seeking judgment that the asserted claims of the patents-in-suit

26 are not infringed, invalid, and/or unenforceable.

27      Currently before this Court is Defendants' joint motion for leave to file their respective first

28

amended answers to add an affirmative defense of unenforceability of U.S. Patent No. 6,557,054 due to inequitable conduct before the Patent Office.  Federal Rule of Civil Procedure 15(a) provides that when a party seeks to amend a pleading after a responsive pleading has been served, it may do so "only by leave of court or by written consent of the adverse party; . . .·" Fed. R. Civ. P. 15(a).  Here, Plaintiffs have expressed, in writing, their non-opposition to Defendants' motion to amend.  The Court therefore GRANTS Defendants' leave to amend their respective answers.  Defendants shall have ten (10) days from the date of this order to file and serve their amended answers.

Dated: August 18, 2005                                        /s/ James Ware
                                                                                          JAMES WARE
                                                                                          United States District Judge

**United States District Court**
For the Northern District of California

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Christopher P. Isaac chris.isaac@finnegan.com
Elaine Y. Chow echow@prestongates.com
Eric R. Lamison elamison@kirkland.com
Gregory S. Arovas garovas@kirkland.com
Jeffrey A. Berkowitz jeffrey.berkowitz@finnegan.com
John D. Vandenberg john.vandenberg@klarquist.com
John M. Desmarais jdesmarais@kirkland.com
Katherine Ford Horvath khorvath@microsoft.com
Michael J. Bettinger mikeb@prestongates.com
Myra Pasek myrap@prestongates.com
Patrick J. Coyne patrick.coyne@finnegan.com
Robert F. McCauley robert.mccauley@finnegan.com
Timothy P. Walker timothyw@prestongates.com
Zachariah Allen Higgins zhiggins@kirkland.com

Dated: August 18, 2005                               Richard W. Wieking, Clerk


By:   /s/ JW Chambers
        **Ronald L. Davis**
        **Courtroom Deputy**

**United States District Court**
For the Northern District of California