1 [COUNSEL LISTED ON SIGNATURE PAGE]

*IT IS SO ORDERED*
*Judge James Ware*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| TELESHUTTLE TECHNOLOGIES, LLC, TELESHUTTLE CORPORATION, and BTG INTERNATIONAL INC., <br><br> Plaintiffs, <br><br> v. <br><br> MICROSOFT CORPORATION and APPLE COMPUTER, INC., <br><br> Defendants. | CASE NO. C 04-2928 JW (HRL) <br><br> **STIPULATION REGARDING PAGE LIMITATIONS ON CLAIM CONSTRUCTION BRIEFS; [PROPOSED] ORDER** |

1   Plaintiffs Teleshuttle Technologies, LLC, Teleshuttle Corporation, and BTG International,
2   Inc, and Defendants Microsoft Corporation and Apple Computer, Inc., through their counsel of
3   record, hereby stipulate that, with the Court's permission, each party may file initial claim
4   construction briefs (*i.e.*, the Rule 4-5(a) opening brief in the case of Plaintiffs and Rule 4-5(b)
5   responsive briefs in the case of Defendants) of up forty pages in this action.  Given the number of
6   claim terms and phrases in dispute, the parties believe that the requested enlargement will be
7   necessary to adequately brief the issues for the Court.  This stipulation does not pertain to or enlarge
8   page limits applicable under Rule 4-5(c).

9   By his signature below, counsel for Plaintiffs swears under penalty of perjury that counsel for
10  Defendants concurred in the filing of this document.

11  Dated: August 26, 2005                                    Dated: August 26, 2005

13  By:   s/                                                  By:   s/
    Robert F. McCauley, (State Bar No. 162056)                Eric R. Lamison (State Bar No. 178262)
14  Robert.mccauley@finnegan.com                              elamison@kirkland.com
    FINNEGAN, HENDERSON, FARABOW,                             KIRKLAND & ELLIS LLP
15    GARRETT & DUNNER, L.L.P.                                555 California Street
    Stanford Research Park                                    San Francisco, California  94104
16  700 Hansen Way                                            Telephone: (415) 439-1400
    Palo Alto, California  94304                              Facsimile: (415) 439-1500
17  Telephone: (650) 849-6600
    Facsimile: (650) 849-6666                                 Attorneys for Defendant
18                                                            APPLE COMPUTER, INC.
    Attorneys for Plaintiffs
19  TELESHUTTLE TECHNOLOGIES, LLC,
    TELESHUTTLE CORPORATION, and
20  BTG INTERNATIONAL INC.

| | |
|---|---|
| 1 | Dated: August 26, 2005 |
| 2 | |
| 3 | By:    s/ |
| 4 | Michael J. Bettinger (State Bar No. 122196)<br>mikeb@prestongates.com |
| 5 | Timothy P. Walker (State Bar No. 105001)<br>timothyw@prestongates.com |
| 6 | Elaine Y. Chow (State Bar No. 194063)<br>echow@prestongates.com |
| 7 | PRESTON GATES & ELLIS LLP<br>55 Second Street, Suite 1700<br>San Francisco, CA 94105 |
| 8 | Telephone:  (415) 882-8200<br>Facsimile:  (415) 882-8220 |
| 9 | |
| 10 | Attorneys for Defendant<br>MICROSOFT CORPORATION |

**[PROPOSED] ORDER**

IT IS SO ORDERED.

Date:  9/2/05

   /s/ James Ware
The Honorable James Ware
United States District Court Judge