MICHAEL J. BETTINGER (STATE BAR NO. 122196)
TIMOTHY P. WALKER (STATE BAR NO. 105001)
ELAINE Y. CHOW (STATE BAR NO. 194063)
Preston Gates & Ellis LLP
55 Second Street, Suite 1700
San Francisco, CA  94105
Phone:  (415) 882-8200
Fax:  (415) 882-8220

JOHN D. VANDENBERG
MICHAEL L. BUCKLER (ADMITTED PRO HAC VICE)
Klarquist Sparkman, LLP
One World Trade Center, Suite 1600
121 S.W. Salmon Street
Portland, OR  97204-2988
Phone:  (503) 226-7391
Fax  (503) 228-9446

T. ANDREW CULBERT (STATE BAR NO. 35925)
Microsoft Corporation
One Microsoft Way
Building 8
Redmond, WA  98052-6399
Phone:  (425) 882-8080
Fax:  (425) 869-1327

Attorneys for Defendant Microsoft Corporation

*IT IS SO ORDERED — Judge James Ware*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| TELESHUTTLE TECHNOLOGIES, LLC, TELESHUTTLE CORPORATION, and BTG, INTERNATIONAL INC., <br><br>  Plaintiff, <br><br> v. <br><br> MICROSOFT CORPORATION, and APPLE COMPUTER <br><br>  Defendants. | Case No.: 04-2928 JW (HRL) <br><br> **(PROPOSED) ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*** |

1    Samir N. Pandya, an active member in good standing of the bar of Texas, whose business
2 address and telephone number is Klarquist Sparkman, LLP, 121 S.W. Salmon Street, Suite 1600,
3 Portland, Oregon 97204, (503) 595-5300, having applied in the above-entitled action for admission
4 to practice in the Northern District of California on a *pro hac vice* basis, representing Microsoft
5 Corporation.
6    IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and
7 conditions of Civil L.R. 11-3.  All papers filed by the attorney must indicate appearance *pro hac*
8 *vice*.  Service of papers upon and communication with co-counsel designated in the application will
9 Constitute notice to the party.  All future filings in this action are subject to the requirements
10 contained in General Order No. 45, *Electronic Case Filing*.

12    DATED this 2 day of Sept., 2005.

14    By: /s/ James Ware
15       James Ware
         United States District Court Judge

(PROPOSED) ORDER GRANTING                                           Case No. 04-2928-JW (HRL)
APPLICATION FOR ADMISSION
OF ATTORNEY *PRO HAC VICE*                    1