United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Teleshuttle Technologies, L.L.C., et al., | NO. C 04-02928 JW |
| Plaintiffs, | |
| v. | **ORDER CONTINUING CLAIMS CONSTRUCTION PROCEEDINGS** |
| Microsoft Corporation, et al., | |
| Defendants. | |

In light of the progress in related case <u>Teleshuttle Tech. v. Microsoft Corp.</u>, 04-2927, the claims construction proceedings in this case currently scheduled for October 7, 2005, October 14, 2005, and October 28, 2005 are continued to January 13, 2006, January 20, 2006 and January 27, 2006. Should the parties wish to offer alternate dates, the parties should meet and confer and so stipulate pursuant to Local Rule 6-2.

Dated: September 22, 2005                              /s/ James Ware
04eciv2928resched                                      JAMES WARE
                                                       United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Christopher P. Isaac chris.isaac@finnegan.com
Elaine Y. Chow echow@prestongates.com
Eric R. Lamison elamison@kirkland.com
Gregory S. Arovas garovas@kirkland.com
Jeffrey A. Berkowitz jeffrey.berkowitz@finnegan.com
John D. Vandenberg john.vandenberg@klarquist.com
John M. Desmarais jdesmarais@kirkland.com
Katherine Ford Horvath khorvath@microsoft.com
Michael J. Bettinger mikeb@prestongates.com
Myra Pasek myrap@prestongates.com
Patrick J. Coyne patrick.coyne@finnegan.com
Robert F. McCauley robert.mccauley@finnegan.com
Ryan J. Casamiquela rcasamiquela@kirkland.com
Samir N. Pandya samir.pandya@klarquist.com
Timothy P. Walker timothyw@prestongates.com
Zachariah Allen Higgins zhiggins@kirkland.com

**Dated: September 22, 2005**                    **Richard W. Wieking, Clerk**

                                                 **By:__/s/ JW Chambers_____**
                                                     **Ronald L. Davis**
                                                     **Courtroom Deputy**

**United States District Court**
For the Northern District of California