MICHAEL J. BETTINGER (State Bar No. 122196)
PRESTON GATES & ELLIS LLP
55 Second Street, Suite 1700
San Francisco, CA 94105
Phone: (415) 882-8200
Fax: (415) 882-8220

Attorneys for Defendant
MICROSOFT CORPORATION

ERIC R. LAMISON (State Bar No. 178262)
KIRKLAND & ELLIS LLP
555 California Street
San Francisco, CA 94104-1501
Phone: (415) 439-1400
Fax: (415) 439-1500

Attorneys for Defendant
APPLE COMPUTER, INC.

ROBERT F. MCCAULEY (State Bar No. 162056)
FINNEGAN HENDERSON FARABOW
  GARRETT & DUNNER, LLP
Stanford Research Park
700 Hansen Way
Palo Alto, CA 94304
Phone: (650) 849-6600
Fax: (650) 849-6666

Attorneys for Plaintiffs
TELESHUTTLE TECHNOLOGIES, LLC.
TELESHUTTLE CORPORATION, and BTG
INTERNATIONAL INC.

IT IS SO ORDERED
Judge James Ware

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| TELESHUTTLE TECHNOLOGIES, LLC, TELESHUTTLE CORPORATION, and BTG INTERNATIONAL INC., <br><br> Plaintiffs, <br><br> v. <br><br> MICROSOFT CORPORATION and APPLE COMPUTER, INC. <br><br> Defendants. | Case No.: C04-2928 JW (HRL) <br><br> **STIPULATION AND [PROPOSED] ORDER REGARDING DUE DATE FOR *MARKMAN* REPLY BRIEF AND PAGE LIMITATIONS** |

This Court, pursuant to an Order Continuing Claims Construction Proceedings dated September 22, 2005, continued the claims construction proceedings to January 13, 20 and 27, 2006. In the interest of efficient case management, the parties stipulate as follows:

1  Plaintiffs' Reply *Markman* Brief, which was previously ordered due on October 4, 2005,
2 shall now be due on October 11, 2005.
3  By stipulated Order dated September 2, 2005, plaintiffs are entitled to a 25-page Reply
4 *Markman* Brief.  In the interest of efficiency, the parties stipulate that plaintiffs may file a Reply
5 *Markman* Brief of up to 30 pages to respond to defendants' joint Responsive *Markman* Brief.
6  By his signature below, counsel for plaintiffs attests under penalty of perjury that counsel for
7 defendants concurred in the filing of this document.

DATED:  September 28, 2005        PRESTON GATES & ELLIS LLP


By      /s/
     MICHAEL J. BETTINGER

Attorneys for Defendant
MICROSOFT CORPORATION

DATED:  September 28, 2005        KIRKLAND & ELLIS LLP


By:      /s/
     ERIC R. LAMISON

Attorneys for Defendant
APPLE COMPUTER, INC.

DATED:  September 28, 2005        FINNEGAN, HENDERSON, FARABOW, GARRETT &
                                  DUNNER, LLP


By:      /s/
     ROBERT F. MCCAULEY

Attorneys for Plaintiffs
TELESHUTTLE TECHNOLOGIES, LLC,
TELESHUTTLE CORPORATION, and BTG
INTERNATIONAL INC.

1  IT IS SO ORDERED:
2
3  Dated: `0/5/05                              /s/ James Ware
4                                              United States District Judge