MICHAEL J. BETTINGER (State Bar No. 122196)
PRESTON GATES & ELLIS LLP
55 Second Street, Suite 1700
San Francisco, CA 94105
Phone: (415) 882-8200
Fax: (415) 882-8220

Attorneys for Defendant
MICROSOFT CORPORATION

ERIC R. LAMISON (State Bar No. 178262)
KIRKLAND & ELLIS LLP
555 California Street
San Francisco, CA 94104-1501
Phone: (415) 439-1400
Fax: (415) 439-1500

Attorneys for Defendant
APPLE COMPUTER, INC.

ROBERT F. MCCAULEY (State Bar No. 162056)
LILY LIM (State Bar No. 214536)
FINNEGAN HENDERSON FARABOW
  GARRETT & DUNNER, LLP
Stanford Research Park
700 Hansen Way
Palo Alto, CA  94304
Phone: (650) 849-6600
Fax: (650) 849-6666

Attorneys for Plaintiff.
TELESHUTTLE TECHNOLOGIES, LLC
TELESHUTTLE CORPORATION, and BTG
INTERNATIONAL INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| TELESHUTTLE TECHNOLOGIES, LLC, TELESHUTTLE CORPORATION, and BTG INTERNATIONAL INC.,<br><br>Plaintiffs,<br><br>v.<br><br>MICROSOFT CORPORATION and APPLE COMPUTER, INC.<br><br>Defendants. | Case No.: C04-2928 JW (HRL)<br><br>**REVISED STIPULATION AND [PROPOSED] ORDER REGARDING DUE DATE FOR *MARKMAN* REPLY BRIEF** |

This Court, pursuant to an Order Continuing Claims Construction Proceedings dated September 22, 2005, continued the claims construction proceedings to January 13, 20 and 27, 2006.

1  By Order dated October 5, 2005 approving the parties' September 28, 2005 stipulation, the due date for Plaintiff's Reply *Markman* Brief was changed from October 4, 2005 to October 11, 2005.

In the interest of efficient case management, the parties stipulate as follows:

Plaintiffs' Reply *Markman* Brief, which was previously ordered due on October 11, 2005, shall now be due on October 12, 2005.

By her signature below, counsel for plaintiffs attests under penalty of perjury that counsel for defendants concurred in the filing of this document.

DATED: October 7, 2005          PRESTON GATES & ELLIS LLP


By /s/
  MICHAEL J. BETTINGER

Attorneys for Defendant
MICROSOFT CORPORATION

DATED: October 7, 2005          KIRKLAND & ELLIS LLP


By: /s/
  ERIC R. LAMISON

Attorneys for Defendant
APPLE COMPUTER, INC.

DATED: October 7, 2005          FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER, LLP


By: /s/
  LILY LIM

Attorneys for Plaintiffs
TELESHUTTLE TECHNOLOGIES, LLC,
TELESHUTTLE CORPORATION, and BTG
INTERNATIONAL INC.

1
2   IT IS SO ORDERED:
3
4   Dated: 10/12/05                                 _____
5                                                    United States District Judge
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

REVISED STIPULATION AND [PROPOSED] ORDER RE          -3-                    Printed on Recycled Paper
MARKMAN BRIEF DATES
Case No.: C 04-2928 JW