| | |
|---|---|
| MICHAEL J. BETTINGER (State Bar No. 122196) <br> PRESTON GATES & ELLIS LLP <br> 55 Second Street, Suite 1700 <br> San Francisco, CA 94105 <br> Phone: (415) 882-8200 <br> Fax: (415) 882-8220 <br><br> Attorneys for Defendant <br> MICROSOFT CORPORATION <br><br> ERIC R. LAMISON (State Bar No. 178262) <br> KIRKLAND & ELLIS LLP <br> 555 California Street <br> San Francisco, CA 94104-1501 <br> Phone: (415) 439-1400 <br> Fax: (415) 439-1500 <br><br> Attorneys for Defendant <br> APPLE COMPUTER, INC. | ROBERT F. MCCAULEY (State Bar No. 162056) <br> LILY LIM (State Bar No. 214536) <br> FINNEGAN HENDERSON FARABOW <br>  GARRETT & DUNNER, LLP <br> Stanford Research Park <br> 700 Hansen Way <br> Palo Alto, CA 94304 <br> Phone: (650) 849-6600 <br> Fax: (650) 849-6666 <br><br> Attorneys for Plaintiff. <br> TELESHUTTLE TECHNOLOGIES, LLC <br> TELESHUTTLE CORPORATION, and BTG <br> INTERNATIONAL INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

*IT IS SO ORDERED* /s/ James Ware, Judge James Ware

| | |
|---|---|
| TELESHUTTLE TECHNOLOGIES, LLC, TELESHUTTLE CORPORATION, and BTG INTERNATIONAL INC., <br><br> Plaintiffs, <br><br> v. <br><br> MICROSOFT CORPORATION and APPLE COMPUTER, INC. <br><br> Defendants. | Case No.: C04-2928 JW (HRL) <br><br> **THIRD STIPULATION AND [PROPOSED] ORDER REGARDING DUE DATE FOR *MARKMAN* REPLY BRIEF** |

This Court, pursuant to an Order Continuing Claims Construction Proceedings dated September 22, 2005, continued the claims construction proceedings to January 13, 20 and 27, 2006.

By Order dated October 5, 2005 approving the parties' September 28, 2005 stipulation, the due date for Plaintiff's Reply *Markman* Brief was changed from October 4, 2005 to October 11,

2005. On October 12, 2005, this Court approved the parties' revised stipulation moving the due date for Plaintiff's Reply *Markman* Brief to October 12, 2005.

In the interest of efficient case management, the parties further stipulate as follows:

Plaintiffs' Reply *Markman* Brief shall now be due on October 19, 2005.

In the event that new arguments are raised in Plaintiffs' Reply *Markman* Brief, the parties will not oppose further briefing.

DATED: October 12, 2005      PRESTON GATES & ELLIS LLP

By _____/s/_____
MICHAEL J. BETTINGER
Attorneys for Defendant
MICROSOFT CORPORATION

DATED: October 12, 2005      KIRKLAND & ELLIS LLP

By: _____/s/_____
ERIC R. LAMISON
Attorneys for Defendant
APPLE COMPUTER, INC.

DATED: October 12, 2005      FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER, LLP

By: _____/s/_____
ROBERT F. MCCAULEY
Attorneys for Plaintiffs
TELESHUTTLE TECHNOLOGIES, LLC,
TELESHUTTLE CORPORATION, and BTG
INTERNATIONAL INC.

IT IS SO ORDERED:

Dated: 10/17/05

_____
United States District Judge

THIRD STIPULATION AND [PROPOSED] ORDER RE       -2-       Printed on Recycled Paper
DUE DATE FOR *MARKMAN* REPLY BRIEF
Case No.: C 04-2928 JW