1 | Robert F. McCauley (Bar No. 162056)
2 | (Robert.McCauley@finnegan.com)
  | Lily Lim (Bar No. 214536)
3 | (Lily.Lim@ finnegan.com)
  | FINNEGAN, HENDERSON, FARABOW,
4 |  GARRETT & DUNNER, L.L.P.
  | Stanford Research Park
5 | 700 Hansen Way
  | Palo Alto, California 94304
6 | Telephone: (650) 849-6600
7 | Facsimile: (650) 849-6666

8 | Christopher P. Isaac (*pro hac vice*)
  | (Chris.Isaac@finnegan.com)
9 | Jeffrey A. Berkowitz (*pro hac vice*)
  | (Jeffrey.Berkowitz@finnegan.com)
10 | Patrick J. Coyne (*pro hac vice*)
11 | (Patrick.Coyne@finnegan.com)
  | Lionel M. Lavenue (*pro hac vice*)
12 | (Lionel.Lavenue@finnegan.com)
  | FINNEGAN, HENDERSON, FARABOW,
13 |  GARRETT & DUNNER, L.L.P.
14 | Two Freedom Square
  | 11955 Freedom Drive
15 | Reston, Virginia 20190
  | Telephone: (571) 203-2700
16 | Facsimile: (202) 408-4400

17 | Attorneys for Plaintiffs
18 | TELESHUTTLE TECHNOLOGIES, LLC,
  | TELESHUTTLE CORPORATION, and
19 | BTG INTERNATIONAL INC.

*IT IS SO ORDERED*
*/s/ James Ware*
Judge James Ware

20 | UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

21 | SAN JOSE DIVISION

| | |
|---|---|
| TELESHUTTLE TECHNOLOGIES, LLC, TELESHUTTLE CORPORATION, and BTG INTERNATIONAL INC., <br><br> Plaintiffs, <br><br> v. <br><br> MICROSOFT CORPORATION and APPLE COMPUTER, INC. <br><br> Defendants. | Case No.: C04-2928 JW (HRL) <br><br> **PLAINTIFF TELESHUTTLE TECHNOLOGIES, LLC, TELESHUTTLE CORPORATIONS, AND BTG INTERNATIONAL, INC., ADMINISTRATIVE MOTION TO FILE PLEADING AND EXHIBITS UNDER SEAL; SUPPORTING DECLARATION OF LILY LIM, AND [PROPOSED] ORDER** |

PLAINTIFFS' ADMINISTRATIVE MOTION AND [PROPOSED]
ORDER TO FILE DOCUMENTS UNDER SEAL
Case No.: C 04-2928 JW

**ADMINISTRATIVE MOTION**

Pursuant to Civil Local Rules 7-11 and 79-5, Defendant Teleshuttle Technologies, LLC, Teleshuttle Corporations, and BTG International, Inc. (BTG), hereby requests leave of Court to file under seal:

Consistent with the local rules, BTG is lodging an unredacted version of its Responsive Claim Construction Brief, which includes highlighted portions reflecting confidential information. A Redacted version of this pleading has been simultaneously filed.

**SUPPORTING DECLARATION OF LILY LIM**

I, Lily Lim, declare as follows:

1. I am an attorney admitted to practice in the State of California and the United States District Court for the Northern District of California, and a member of Finnegan, Henderson, Farabow, Garrett & Dunner L.L.P., attorneys of record for Defendant BTG. The matters referred to in this declaration are based on my personal knowledge and if called as a witness I could, and would, testify competently to those matters.

2. Defendant BTG.'s Reply Claim Construction Brief contains information that BTG has designated as confidential.

3. Exhibits 1, 4 and 5 to the Declaration of Lily Lim In Support Of Defendant BTG's Reply Claim Construction Brief contain confidential information of BTG as defined in the protective order in this case. Disclosure of this information may put BTG at a competitive disadvantage.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration was executed on October 19, 2005 at Palo Alto, California.

/s/
Lily Lim

## [PROPOSED] ORDER

Upon good cause shown, **IT IS HEREBY ORDERED** that,

(1) Defendant BTG's Reply Claim Construction Brief shall be received and filed under seal; and

(2) Exhibits 1, 4 and 5 to the Declaration of Lily Lim in Support of Defendant BTG's Reply Claim Construction Response Brief shall be received and filed under seal.

Dated: __10/20__, 2005

_____
The Honorable James Ware