MICHAEL J. BETTINGER (Bar No. 122196)
PRESTON GATES & ELLIS LLP
55 Second Street, Suite 1700
San Francisco, CA 94105
Telephone: (415) 882-8200
Facsimile: (415) 882-8220

Attorneys for Defendant
MICROSOFT CORPORATION

ERIC R. LAMISON (Bar No. 178262)
KIRKLAND & ELLIS LLP
555 California Street
San Francisco, California 94104
Telephone: (415) 439-1400
Facsimile: (415) 439-1500

Attorneys for Defendant
APPLE COMPUTER, INC.

ROBERT F. MCCAULEY (BAR NO. 162056)
FINNEGAN HENDERSON FARABOW
 GARRETT & DUNNER, LLP
Stanford Research Park
3300 Hillview Avenue
Palo Alto, CA 94304
Phone: (650) 849-6600
Fax: (650) 849-6666

Attorneys for Plaintiffs
TELESHUTTLE TECHNOLOGIES, LLC.
TELESHUTTLE CORPORATION, and BTG
INTERNATIONAL, INC.

*IT IS SO ORDERED*
*Judge James Ware*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| TELESHUTTLE TECHNOLOGIES, LLC, TELESHUTTLE CORPORATION, and BTG INTERNATIONAL INC., <br><br> Plaintiffs, counter-defendants, <br><br> v. <br><br> MICROSOFT CORPORATION and APPLE COMPUTER, INC., <br><br> Defendants, counterclaimants. | Case No.: C04-2928 JW <br><br> **RULE 6-2 STIPULATION AND [PROPOSED] ORDER REGARDING DATES FOR CLAIM CONSTRUCTION PROCEEDINGS** |

This Court, pursuant to an Order Continuing Claims Construction Proceedings dated September 22, 2005, continued the claim construction proceedings to January 13, 20 and 27, 2006. In the same order, the Court stated that "[s]hould the parties wish to offer alternate dates, the parties

should meet and confer and so stipulate pursuant to Local Rule 6-2." The parties have met and conferred, and have confirmed with the Court's clerk that the Court is available for claim construction proceedings on the afternoons of March 3, 10, and 24, 2006.

In the interest of efficient case management, and due to scheduling conflicts on the part of Apple's attorneys and tutorial expert, the parties stipulate that, with the Court's permission, claim construction proceedings in this case currently scheduled for January 13, 20 and 27, 2006 are continued to the afternoons of March 3, 10, and 24, 2006. In further support and as required by Local Rule 6-2, a declaration from counsel for Apple Computer, Inc. is attached.

By their signatures below, counsel for defendants attest under penalty of perjury that counsel for plaintiffs concurred in the filing of this document.

DATED: December 14, 2005        KIRKLAND & ELLIS LLP

                                By  /s/ Eric R. Lamison
                                    Eric R. Lamison
                                    Attorneys for Defendant
                                    APPLE COMPUTER, INC.

DATED: December 14, 2005        PRESTON GATES & ELLIS LLP

                                By  /s/ Michael J. Bettinger
                                    Michael J. Bettinger
                                    Attorneys for Defendant and Counterclaimant
                                    MICROSOFT CORPORATION

DATED: December 14, 2005        FINNEGAN, HENDERSON, FARABOW,
                                GARRETT & DUNNER, LLP

                                By  /s/ Robert F. McCauley
                                    Michael J. Bettinger
                                    Attorneys for Defendant and Counterclaimant
                                    MICROSOFT CORPORATION

IT IS SO ORDERED:

Dated: 01/05/06                 _____
                                United States District Judge