**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Teleshuttle Technologies, L.L.C., | NO. C 04-02928 JW |
| Plaintiff, | |
| v. | **ORDER CONTINUING CLAIM CONSTRUCTION PROCEEDINGS** |
| Microsoft Corporation, et al., | |
| Defendants. | |

Due to the Court's unavailability, the claim construction proceedings currently scheduled for March 3, March 10, and March 24, are continued to April 21 (9:00-12:00), April 28 (9:00-12:00), and May 5 (1:00-4:00) of this year.

Dated: February 14, 2006

04eciv2928ctdmarkman

/s/ James Ware
JAMES WARE
United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Christopher P. Isaac chris.isaac@finnegan.com
Elaine Y. Chow echow@prestongates.com
Eric R. Lamison elamison@kirkland.com
Gregory S. Arovas garovas@kirkland.com
Jeffrey A. Berkowitz jeffrey.berkowitz@finnegan.com
John D. Vandenberg john.vandenberg@klarquist.com
John M. Desmarais jdesmarais@kirkland.com
Katherine Ford Horvath khorvath@microsoft.com
Lily Lim lily.lim@finnegan.com
Michael J. Bettinger mikeb@prestongates.com
Myra Pasek myrap@prestongates.com
Patrick J. Coyne patrick.coyne@finnegan.com
Robert F. McCauley robert.mccauley@finnegan.com
Ryan J. Casamiquela rcasamiquela@kirkland.com
Samir N. Pandya samir.pandya@klarquist.com
Timothy P. Walker timothyw@prestongates.com
Zachariah Allen Higgins zhiggins@kirkland.com

T. Andrew Culbert
Microsoft Corporation
One Microsoft Way
Building 8
Redmond, WA 98052

**Dated: February 14, 2006**             **Richard W. Wieking, Clerk**

                                         **By:_/s/ JW Chambers_____**
                                         **Melissa Peralta**
                                         **Courtroom Deputy**