1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

Teleshuttle Technologies, L.L.C. et al,

               Plaintiff(s),

    v.

Microsoft Corporation et al,

               Defendant(s).

_____/

NO. C 04-02928 JW

**ORDER RESETTING CLAIM
CONSTRUCTION SCHEDULE**

     Claim construction proceedings in this case currently scheduled for April 21, April 28, and May 5  are continued to May 5, 2006 (1:00pm - 4:00pm), May 12, 2006 (9:00am - 12:00pm), and May 19, 2006 (9:00 am - 12:00pm).

Dated: February 23, 2006

_____
JAMES WARE
United States District Judge

**United States District Court**
For the Northern District of California

1

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

2    Christopher P. Isaac chris.isaac@finnegan.com
Elaine Y. Chow echow@prestongates.com

3    Eric R. Lamison elamison@kirkland.com
Gregory S. Arovas garovas@kirkland.com

4    Jeffrey A. Berkowitz jeffrey.berkowitz@finnegan.com
John D. Vandenberg john.vandenberg@klarquist.com

5    John M. Desmarais jdesmarais@kirkland.com
Katherine Ford Horvath khorvath@microsoft.com

6    Lily Lim lily.lim@finnegan.com
Michael J. Bettinger mikeb@prestongates.com

7    Myra Pasek myrap@prestongates.com
Patrick J. Coyne patrick.coyne@finnegan.com

8    Robert F. McCauley robert.mccauley@finnegan.com
Ryan J. Casamiquela rcasamiquela@kirkland.com

9    Samir N. Pandya samir.pandya@klarquist.com
Timothy P. Walker timothyw@prestongates.com

10   Zachariah Allen Higgins zhiggins@kirkland.com

11

12

13   **Dated: February 23, 2006**                    **Richard W. Wieking, Clerk**

14                                                            **/s/**
By:_____

15                                                            **Melissa Peralta**
**Courtroom Deputy**

16

17

18

19

20

21

22

23

24

25

26

27

28