1   MICHAEL J. BETTINGER (State Bar No. 122196)        ROBERT F. MCCAULEY (State Bar No. 162056)
    PRESTON GATES & ELLIS LLP                          LILY LIM (State Bar No. 214536)
2   55 Second Street, Suite 1700                       FINNEGAN HENDERSON FARABOW
3   San Francisco, CA 94105                              GARRETT & DUNNER, LLP
    Phone:  (415) 882-8200                             Stanford Research Park
4   Fax:  (415) 882-8220                               700 Hansen Way
                                                       Palo Alto, CA  94304
5   Attorneys for Defendant                            Phone:  (650) 849-6600
    MICROSOFT CORPORATION                              Fax:  (650) 849-6666
6
    ERIC R. LAMISON (State Bar No. 178262)             Attorneys for Plaintiff.
7   KIRKLAND & ELLIS LLP                               TELESHUTTLE TECHNOLOGIES, LLC
    555 California Street                              TELESHUTTLE CORPORATION, and BTG
8   San Francisco, CA 94104-1501                       INTERNATIONAL INC.
    Phone:  (415) 439-1400
9   Fax:  (415) 439-1500

10  Attorneys for Defendant
    APPLE COMPUTER, INC.
11

12                          UNITED STATES DISTRICT COURT

13                        NORTHERN DISTRICT OF CALIFORNIA

14                                SAN JOSE DIVISION

15

16  TELESHUTTLE TECHNOLOGIES, LLC,        Case Nos.: C04-2927 JW (HRL)
    TELESHUTTLE CORPORATION, and BTG                   C04-2928 JW (HRL)
    INTERNATIONAL INC.,
17

18                         Plaintiffs,    **STIPULATION TO CONTINUE
                                          HEARING ON MICROSOFT'S MOTION
19      v.                                FOR AN ORDER ESTABLISHING THE
                                          SEQUENCE OF DISCOVERY;
20  MICROSOFT CORPORATION and APPLE       [PROPOSED] ORDER**
    COMPUTER, INC.
21
                           Defendants.
22
    _____
23  AND RELATED ACTION

24      Defendant Microsoft's Motion for an Order Establishing the Sequence of Discovery is

25  currently set for March 14, 2006, at 10:00 a.m. before the Honorable Howard R. Lloyd.  Due to a

26  scheduling conflict, Plaintiffs have requested, and Defendants have stipulated, to continue the

27  hearing on that motion, with the Court's permission, to May 2, 2006 at 10:00 a.m. pursuant to Civil

28

1    Local Rule 7-7(b).  Counsel for Microsoft attests that all undersigned counsel have concurred in the

2    filing of this document.

3

4    DATED:  March 13, 2006                    PRESTON GATES & ELLIS LLP

5

6                                              By _____/s/_____

7                                                 MICHAEL J. BETTINGER
                                                  Attorneys for Defendant
8                                                  MICROSOFT CORPORATION

9    DATED:  March 13, 2006                    KIRKLAND & ELLIS LLP

10

11                                             By:_____/s/_____
                                                  ERIC R. LAMISON
12                                                Attorneys for Defendant
                                                  APPLE COMPUTER, INC.

13   DATED:  March 13, 2006                    FINNEGAN, HENDERSON, FARABOW, GARRETT &
14                                             DUNNER, LLP

15

16                                             By: _____/s/_____
                                                  ROBERT F. MCCAULEY
17                                                Attorneys for Plaintiffs
                                                  TELESHUTTLE TECHNOLOGIES, LLC,
18                                                TELESHUTTLE CORPORATION, and BTG
                                                  INTERNATIONAL INC.
19

20

21   IT IS SO ORDERED:

22
     Dated:   __March 13, 2006__                _____
23                                                 United States Magistrate Judge
                                                   HOWARD R. LLOYD
24

25

26

27

28