| | |
|---|---|
| MICHAEL J. BETTINGER (State Bar No. 122196)<br>PRESTON GATES & ELLIS LLP<br>55 Second Street, Suite 1700<br>San Francisco, CA 94105<br>Phone: (415) 882-8200<br>Fax: (415) 882-8220<br><br>Attorneys for Defendant<br>MICROSOFT CORPORATION<br><br>ERIC R. LAMISON (State Bar No. 178262)<br>KIRKLAND & ELLIS LLP<br>555 California Street<br>San Francisco, CA 94104-1501<br>Phone: (415) 439-1400<br>Fax: (415) 439-1500<br><br>Attorneys for Defendant<br>APPLE COMPUTER, INC. | ROBERT F. MCCAULEY (State Bar No. 162056)<br>LILY LIM (State Bar No. 214536)<br>FINNEGAN HENDERSON FARABOW<br>  GARRETT & DUNNER, LLP<br>Stanford Research Park<br>700 Hansen Way<br>Palo Alto, CA  94304<br>Phone: (650) 849-6600<br>Fax: (650) 849-6666<br><br>Attorneys for Plaintiff<br>TELESHUTTLE TECHNOLOGIES, LLC<br>TELESHUTTLE CORPORATION, and BTG<br>INTERNATIONAL INC. |

*IT IS SO ORDERED*
/s/ James Ware
Judge James Ware

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| TELESHUTTLE TECHNOLOGIES, LLC,<br>TELESHUTTLE CORPORATION, and BTG<br>INTERNATIONAL INC.,<br><br>                              Plaintiffs,<br><br>     v.<br><br>MICROSOFT CORPORATION and APPLE<br>COMPUTER, INC.<br><br>                              Defendants.<br><br>AND RELATED ACTION | Case Nos.: C04-2927 JW (HRL)<br>              C04-2928 JW (HRL)<br><br>**STIPULATION TO CONTINUE HEARING ON PLAINTIFFS' MOTION TO AMEND PRELIMINARY INFRINGEMENT CONTENTIONS; [PROPOSED] ORDER** |

Plaintiffs' Motion for Leave to Amend Preliminary Infringement Contentions is currently set for April 10, 2006, at 10:00 a.m. before the Honorable James Ware.  Due to a scheduling conflict, the parties have stipulated to continue the hearing on that motion with the Court's permission to

1  **May 1, 2006, at 9:00 a.m.,** pursuant to Civil Local Rule 7-7(a).  Counsel for Microsoft attests that
2  all undersigned counsel have concurred in the filing of this document.

3
4  DATED:  March 14, 2006                PRESTON GATES & ELLIS LLP

6                                         By _____/s/_____
7                                              MICHAEL J. BETTINGER
                                                Attorneys for Defendant
8                                               MICROSOFT CORPORATION

9  DATED:  March 14, 2006                KIRKLAND & ELLIS LLP

11                                        By: _____/s/_____
                                                ERIC R. LAMISON
12                                              Attorneys for Defendant
                                                APPLE COMPUTER, INC.

13
14 DATED:  March 14, 2006                FINNEGAN, HENDERSON, FARABOW, GARRETT &
                                         DUNNER, LLP

15
16                                        By:  _____/s/_____
                                                ROBERT F. MCCAULEY
17                                              Attorneys for Plaintiffs
                                                TELESHUTTLE TECHNOLOGIES, LLC,
18                                              TELESHUTTLE CORPORATION, and BTG
                                                INTERNATIONAL INC.

19
20
21 IT IS SO ORDERED:

22 Dated: March 17, 2006
23                                        _____
                                          United States District Judge
24
25
26
27
28