| | |
|---|---|
| MICHAEL J. BETTINGER (BAR NO. 122196)<br>PRESTON GATES & ELLIS LLP<br>55 Second Street, Suite 1700<br>San Francisco, CA 94105<br>Phone: (415) 882-8200<br>Fax: (415) 882-8220<br><br>Attorneys for Defendant<br>MICROSOFT CORPORATION<br><br>ERIC R. LAMISON (BAR NO. 178262)<br>KIRKLAND & ELLIS LLP<br>555 California Street<br>San Francisco, California 94104<br>Phone: (415) 439-1400<br>Fax: (415) 439-1500<br><br>Attorneys for Defendant<br>APPLE COMPUTER, INC. | ROBERT F. MCCAULEY (BAR NO. 162056)<br>FINNEGAN HENDERSON FARABOW<br>GARRETT & DUNNER, LLP<br>Stanford Research Park<br>3300 Hillview Avenue<br>Palo Alto, CA 94304<br>Phone: (650) 849-6600<br>Fax: (650) 849-6666<br><br>Attorneys for Plaintiffs<br>TELESHUTTLE TECHNOLOGIES, LLC<br>TELESHUTTLE CORPORATION, and BTG<br>INTERNATIONAL, INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| TELESHUTTLE TECHNOLOGIES, LLC, TELESHUTTLE CORPORATION, and BTG INTERNATIONAL INC.,<br><br>         Plaintiffs, counter-defendants,<br><br>    v.<br><br>MICROSOFT CORPORATION and APPLE COMPUTER, INC.,<br><br>         Defendants, counterclaimant. | Case No.: C04-2928 JW<br><br>**STIPULATED MOTION FOR MISCELLANEOUS ADMINISTRATIVE RELIEF REGARDING ENTRY OF THE FOLLOWING ATTACHED STIPULATIONS:**<br><br>**(1) STIPULATION AND [PROPOSED] ORDER JOINING TWINTECH E.U., LIMITED LIABILITY COMPANY;**<br><br>**(2) STIPULATION AND [PROPOSED] ORDER DISMISSING WITH PREJUDICE THIS ACTION AND ITS CLAIMS (APPLE);**<br><br>**(3) STIPULATION AND [PROPOSED] ORDER DISMISSING WITH PREJUDICE THIS ACTION AND ITS CLAIMS (MICROSOFT)** |

The parties to the above referenced action hereby move the Court to enter, in consecutive order as attached, the three attached stipulations and proposed orders that will result in the dismissal of this action in its entirety. The parties respectfully ask the Court to enter first the attached stipulation and proposed order joining TwinTech E. U., Limited Liability Corporation as plaintiff and counter-claim defendant in this action. After the Court enters the attached joinder stipulation and proposed order, the parties respectfully ask the Court to subsequently enter the second and third attached stipulations and proposed orders dismissing this action with prejudice as set forth in those stipulations.

DATED: March 31, 2006                KIRKLAND & ELLIS LLP

                                     By _____/s/_____
                                        Eric R. Lamison
                                        Attorneys for Defendant
                                        APPLE COMPUTER, INC.

DATED: March 31, 2006                PRESTON GATES & ELLIS LLP

                                     By _____/s/_____
                                        Michael J. Bettinger
                                        Attorneys for Defendant and Counterclaimant
                                        MICROSOFT CORPORATION

DATED: March 31, 2006                FINNEGAN, HENDERSON, FARABOW, GARRETT &
                                     DUNNER, LLP

                                     By _____/s/_____
                                        Robert F. McCauley
                                        Attorneys for Plaintiffs
                                        TELESHUTTLE TECHNOLOGIES, LLC,
                                        TELESHUTTLE CORPORATION, and BTG
                                        INTERNATIONAL, INC.