| | |
|---|---|
| MICHAEL J. BETTINGER (BAR NO. 122196)<br>PRESTON GATES & ELLIS LLP<br>55 Second Street, Suite 1700<br>San Francisco, CA 94105<br>Phone: (415) 882-8200<br>Fax: (415) 882-8220<br><br>Attorneys for Defendant<br>MICROSOFT CORPORATION<br><br>ERIC R. LAMISON (BAR NO. 178262)<br>KIRKLAND & ELLIS LLP<br>555 California Street<br>San Francisco, California 94104<br>Phone: (415) 439-1400<br>Fax: (415) 439-1500<br><br>Attorneys for Defendant<br>APPLE COMPUTER, INC. | ROBERT F. MCCAULEY (BAR NO. 162056)<br>FINNEGAN HENDERSON FARABOW<br>GARRETT & DUNNER, LLP<br>Stanford Research Park<br>3300 Hillview Avenue<br>Palo Alto, CA 94304<br>Phone: (650) 849-6600<br>Fax: (650) 849-6666<br><br>Attorneys for Plaintiffs<br>TELESHUTTLE TECHNOLOGIES, LLC<br>TELESHUTTLE CORPORATION, and BTG<br>INTERNATIONAL, INC.<br><br>D. PETER HARVEY (BAR NO. 55712)<br>HARVEY SISKIND LLP<br>Four Embarcadero Center, 39th Floor<br>San Francisco, CA 94111<br>Phone: (415) 354-0100<br>Fax: (415) 391-7124<br><br>Attorneys for Plaintiff<br>TWINTECH E.U., LIMITED LIABILITY<br>COMPANY |

*IT IS SO ORDERED*
*Judge James Ware*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| TELESHUTTLE TECHNOLOGIES, LLC,<br>TELESHUTTLE CORPORATION, and BTG<br>INTERNATIONAL INC.,<br><br>              Plaintiffs, counter-defendants,<br><br>     v.<br><br>MICROSOFT CORPORATION and APPLE<br>COMPUTER, INC.,<br><br>              Defendants, counterclaimant. | Case No.: C04-2928 JW<br><br>**STIPULATION AND [PROPOSED]**<br>**ORDER JOINING TWINTECH E.U.,**<br>**LIMITED LIABILITY COMPANY,**<br>**PURSUANT TO RULE 25(C) OF THE**<br>**FEDERAL RULES OF CIVIL**<br>**PROCEDURE** |

Pursuant to Rule 25(c) of the Federal Rules of Civil Procedure, and in light of certain transfers of interest by current Plaintiffs Teleshuttle Technologies, LLC, Teleshuttle Corporation, and BTG International Inc. to TwinTech E.U., Limited Liability Company, the parties to this action stipulate to the joinder of TwinTech E.U., Limited Liability Company, as plaintiff and counter-claim defendant in this action.

DATED: March 31, 2006                KIRKLAND & ELLIS LLP

By _____/s/_____
Eric R. Lamison
Attorneys for Defendant
APPLE COMPUTER, INC.

DATED: March 31, 2006                PRESTON GATES & ELLIS LLP

By _____/s/_____
Michael J. Bettinger
Attorneys for Defendant and Counterclaimant
MICROSOFT CORPORATION

DATED: March 31, 2006                FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER, LLP

By _____/s/_____
Robert F. McCauley
Attorneys for Plaintiffs
TELESHUTTLE TECHNOLOGIES, LLC, TELESHUTTLE CORPORATION, and BTG INTERNATIONAL, INC.

DATED: March 31, 2006                HARVEY SISKIND LLP

By _____/s/_____
D. Peter Harvey
Attorneys for Plaintiff
TWINTECH E.U., Limited Liability Company

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: __APRIL 7, 2006__                _[signature: James Ware]_
United States District Judge

**ATTESTATION PURSUANT TO GENERAL ORDER 45**

I, Michael J. Bettinger, hereby declare under penalty of perjury under the laws of the United States that Peter Harvey, counsel for TwinTech E.U., Limited Liability Company, Eric R. Lamison, counsel for Apple Computer, Inc., and Robert F. McCauley, counsel for Teleshuttle Technologies, LLC, Teleshuttle Corporation, and BTG International, Inc. concurred in the filing of this Stipulation and [Proposed] Order Joining TwinTech E.U., Limited Liability Company, Pursuant to Rule 25(c) of the Federal Rules of Civil Procedure.

Executed March 31, 2006 in San Francisco, California.

                                                  _____/s/_____
                                                    Michael J. Bettinger