MICHAEL J. BETTINGER (BAR NO. 122196)
PRESTON GATES & ELLIS LLP
55 Second Street, Suite 1700
San Francisco, CA 94105
Phone: (415) 882-8200
Fax: (415) 882-8220

Attorneys for Defendant
MICROSOFT CORPORATION

ERIC R. LAMISON (BAR NO. 178262)
KIRKLAND & ELLIS LLP
555 California Street
San Francisco, California 94104
Phone: (415) 439-1400
Fax: (415) 439-1500

Attorneys for Defendant
APPLE COMPUTER, INC.

ROBERT F. MCCAULEY (BAR NO. 162056)
FINNEGAN HENDERSON FARABOW
GARRETT & DUNNER, LLP
Stanford Research Park
3300 Hillview Avenue
Palo Alto, CA 94304
Phone: (650) 849-6600
Fax: (650) 849-6666

Attorneys for Plaintiffs
TELESHUTTLE TECHNOLOGIES, LLC
TELESHUTTLE CORPORATION, and BTG
INTERNATIONAL, INC.

D. PETER HARVEY (BAR NO.55712)
HARVEY SISKIND LLP
Four Embarcadero Center, 39th Floor
San Francisco, CA 94111
Phone: (415) 354-0100
Fax: (415) 391-7124

Attorneys for Plaintiff
TWINTECH E.U., LIMITED LIABILITY
COMPANY

**IT IS SO ORDERED**
*Judge James Ware*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| TWINTECH E.U., LIMITED LIABILITY COMPANY, TELESHUTTLE TECHNOLOGIES, LLC, TELESHUTTLE CORPORATION, and BTG INTERNATIONAL INC., <br><br>          Plaintiffs, counter-defendants <br><br>     v. <br><br> MICROSOFT CORPORATION and APPLE COMPUTER, INC., <br><br>          Defendants, counterclaimant. | Case No.: C04-2928 JW <br><br> **STIPULATION AND [PROPOSED] ORDER DISMISSING WITH PREJUDICE THIS ACTION AND ITS CLAIMS, PURSUANT TO RULE 41 OF THE FEDERAL RULES OF CIVIL PROCEDURE (APPLE)** |

Pursuant to Rule 41 of the Federal Rules of Civil Procedure, all parties who have appeared in this action hereby stipulate to the dismissal with prejudice of this action and all of the claims in this action (including any claims asserted by TwinTech E.U., Limited Liability Company and any claims previously asserted by Teleshuttle Technologies, LLC, Teleshuttle Corporation, and BTG International Inc.) against Apple Computer, Inc.  Each party who has appeared in this action shall bear its own costs and fees incurred in connection with this action and its claims.

DATED:  March 31, 2006                KIRKLAND & ELLIS LLP

                                      By _____/s/_____
                                         Eric R. Lamison
                                         Attorneys for Defendant
                                         APPLE COMPUTER, INC.

DATED:  March 31, 2006                PRESTON GATES & ELLIS LLP

                                      By _____/s/_____
                                         Michael J. Bettinger
                                         Attorneys for Defendant and Counterclaimant
                                         MICROSOFT CORPORATION

DATED:  March 31, 2006                FINNEGAN, HENDERSON, FARABOW, GARRETT&
                                      DUNNER, LLP

                                      By _____/s/_____
                                         Robert F. McCauley
                                         Attorneys for Plaintiffs
                                         TELESHUTTLE TECHNOLOGIES, LLC,
                                         TELESHUTTLE CORPORATION, and BTG
                                         INTERNATIONAL, INC.

DATED:  March 31, 2006                HARVEY SISKIND LLP

                                      By _____/s/_____
                                         D. Peter Harvey
                                         Attorneys for Plaintiff
                                         TWINTECH E.U., Limited Liability Company

**ORDER**

Now therefore, in light of the foregoing stipulation of all parties to this action and Rule 41 of the Federal Rules of Civil Procedure, IT IS HEREBY ORDERED AS FOLLOWS:

1. All claims in this action against Apple Computer, Inc. (including any daims asserted by TwinTech E.U., Limited Liability Company and any claims previously asserted by Teleshuttle Technologies, LLC, Teleshuttle Corporation, and BTG International Inc.) are dismissed with prejudice.

2. Each party who has appeared in this action shall bear its own costs and fees incurred in connection with this action and its claims.

3. This action against Apple is dismissed with prejudice.

Dated: 04/07/06

_James Ware_
United States District Judge

**ATTESTATION PURSUANT TO GENERAL ORDER 45**

I, Michael J. Bettinger, hereby declare under penalty of perjury under the laws of the United States that D. Peter Harvey, counsel for TwinTech E.U., Limited Liability Company, Eric R. Lamison, counsel for Apple Computer, Inc., and Robert F. McCauley, counsel for Teleshuttle Technologies, LLC, Teleshuttle Corporation, and BTG International, Inc., concurred in the filing of this Stipulation And [Proposed] Order Dismissing With Prejudice This Action And Its Claims, Pursuant To Rule 41 Of The Federal Rules Of Civil Procedure.

Executed March 31, 2006 in San Francisco, California.


Michael J. Bettinger