| | |
|---|---|
| MICHAEL J. BETTINGER (BAR NO. 122196)<br>PRESTON GATES & ELLIS LLP<br>55 Second Street, Suite 1700<br>San Francisco, CA 94105<br>Phone:  (415) 882-8200<br>Fax:  (415) 882-8220<br><br>Attorneys for Defendant<br>MICROSOFT CORPORATION<br><br>ERIC R. LAMISON (BAR NO. 178262)<br>KIRKLAND & ELLIS LLP<br>555 California Street<br>San Francisco, California  94104<br>Phone:  (415) 439-1400<br>Fax:  (415) 439-1500<br><br>Attorneys for Defendant<br>APPLE COMPUTER, INC. | ROBERT F. MCCAULEY (BAR NO. 162056)<br>FINNEGAN HENDERSON FARABOW<br>GARRETT & DUNNER, LLP<br>Stanford Research Park<br>3300 Hillview Avenue<br>Palo Alto, CA 94304<br>Phone:  (650) 849-6600<br>Fax:  (650) 849-6666<br><br>Attorneys for Plaintiffs<br>TELESHUTTLE TECHNOLOGIES, LLC<br>TELESHUTTLE CORPORATION, and BTG<br>INTERNATIONAL, INC.<br><br>D. PETER HARVEY (BAR NO.55712)<br>HARVEY SISKIND LLP<br>Four Embarcadero Center, 39th Floor<br>San Francisco, CA 94111<br>Phone: (415) 354-0100<br>Fax: (415) 391-7124<br><br>Attorneys for Plaintiff<br>TWINTECH E.U., LIMITED LIABILITY<br>COMPANY |

*IT IS SO ORDERED*
*Judge James Ware*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| TWINTECH E.U., LIMITED LIABILITY COMPANY, TELESHUTTLE TECHNOLOGIES, LLC, TELESHUTTLE CORPORATION, and BTG INTERNATIONAL INC.,<br><br>    Plaintiffs, counter-defendants<br><br>    v.<br><br>MICROSOFT CORPORATION and APPLE COMPUTER, INC.,<br><br>    Defendants, counterclaimant. | Case No.: C04-2928 JW<br><br>**STIPULATION AND [PROPOSED] ORDER DISMISSING WITH PREJUDICE THIS ACTION AND ITS CLAIMS, PURSUANT TO RULE 41 OF THE FEDERAL RULES OF CIVIL PROCEDURE (MICROSOFT)** |

Pursuant to Rule 41 of the Federal Rules of Civil Procedure, all parties who have appeared in this action hereby stipulate to the dismissal with prejudice of this action and all of the claims and counterclaims asserted in this action (including any claims asserted in this action by TwinTech E.U., Limited Liability Company and any claims previously asserted in this action by Plaintiffs Teleshuttle Technologies, LLC, Teleshuttle Corporation, and BTG International Inc. (hereafter, referred to as the "Teleshuttle Plaintiffs") against Microsoft Corporation, and any counterclaims asserted in this action by Microsoft Corporation against TwinTech E.U., Limited Liability Company and the Teleshuttle Plaintiffs).  Each party who has appeared in this action shall bear its own costs and fees incurred in connection with this action and its claims.

DATED:  March 31, 2006                    KIRKLAND & ELLIS LLP


                                          By          /s/
                                             Eric R. Lamison
                                             Attorneys for Defendant
                                             APPLE COMPUTER, INC.

DATED:  March 31, 2006                    PRESTON GATES & ELLIS LLP


                                          By          /s/
                                             Michael J. Bettinger
                                             Attorneys for Defendant and Counterclaimant
                                             MICROSOFT CORPORATION

DATED:  March 31, 2006                    FINNEGAN, HENDERSON, FARABOW, GARRETT&
                                          DUNNER, LLP


                                          By          /s/
                                             Robert F. McCauley
                                             Attorneys for Plaintiffs
                                             TELESHUTTLE TECHNOLOGIES, LLC,
                                             TELESHUTTLE CORPORATION, and BTG
                                             INTERNATIONAL, INC.

DATED:  March 31, 2006                    HARVEY SISKIND LLP


                                          By          /s/
                                             D. Peter Harvey
                                             Attorneys for Plaintiff
                                             TWINTECH E.U., Limited Liability Company

**ORDER**

Now therefore, in light of the foregoing stipulation of all parties to this action and Rule 41 of the Federal Rules of Civil Procedure, IT IS HEREBY ORDERED AS FOLLOWS:

1. All claims and counterclaims asserted in this action (including any claims asserted in this action by TwinTech E.U., Limited Liability Company and any claims previously asserted in this action by Plaintiffs Teleshuttle Technologies, LLC, Teleshuttle Corporation, and BTG International Inc. (hereafter, referred to as the "Teleshuttle Plaintiffs") against Microsoft Corporation, and any counterclaims asserted in this action by Microsoft Corporation against TwinTech E.U., Limited Liability Company and the Teleshuttle Plaintiffs) are dismissed with prejudice.

2. Each party who has appeared in this action shall bear its own costs and fees incurred in connection with this action and its claims.

3. This action is dismissed with prejudice.

Dated: 04/07/06                           _____
                                          United States District Judge

**ATTESTATION PURSUANT TO GENERAL ORDER 45**

I, Michael J. Bettinger, hereby declare under penalty of perjury under the laws of the United States that D. Peter Harvey, counsel for TwinTech E.U., Limited Liability Company, Eric R. Lamison, counsel for Apple Computer, Inc., and Robert F. McCauley, counsel for Teleshuttle Technologies, LLC, Teleshuttle Corporation, and BTG International, Inc., concurred in the filing of this Stipulation And [Proposed] Order Dismissing With Prejudice This Action And Its Claims, Pursuant To Rule 41 Of The Federal Rules Of Civil Procedure.

Executed March 31, 2006 in San Francisco, California.

                                                    /s/
                                        Michael J. Bettinger